contended by the plaintiff, that the final permit was properly issued and has been illegally revoked, and that plaintiff has paid out money and incurred obligations pursuant to permission heretofore granted, it cannot be deprived of a vested private right by any contemplated action of the board of estimate. (*City of Buffalo* v. *Chadeayne*, 134 N. Y. 163.) The power of the superintendent of buildings to revoke permits is governed by subdivision 7 of section 4 of the Building Code,* and is limited to false statements or misrepresentations of a material fact *in the application on which the permit or approval was based.* The plaintiff may litigate these matters in an application for a writ to compel the reissuance of the permit, or in an action in equity to restrain the enforcement of any alleged illegal resolution passed by the board of estimate. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

JOSEPH HAND, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

In the Matter of the Application of the BROOKLYN PUBLIC LIBRARY, Respondent, for a Peremptory Writ of Mandamus, etc. CHARLES L. CRAIG, as Comptroller.of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox and Young, JJ.; Kelby, J., not voting.

In the Matter of the Petition of SUSAN LUTZ for the Appointment of a Committee of the Person and Property of ELIZABETH J. E. SMITH, an Incompetent Person. SUSAN LUTZ, Appellant; AMERICAN TRUST COMPANY, Committee, etc., Respondent.— Motion for stay denied, without costs. Present — Kelly, Jaycox, Kelby and Young, JJ.; Blackmar, P. J., not voting.

LESTER W. KAUFMAN, Respondent, v. SALVATORE SALERNO, Appellant.— Motion to punish plaintiff for contempt denied, without costs, with leave to the defendant to renew said motion upon proof by defendant showing demand made, and that the failure to pay over the money impedes, impairs and prejudices the rights of the defendant. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

MAX KLEINROCK, Respondent, v. NANTEX MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

HENRIETTA LANGFELDER, as Administratrix, etc., of MORTON C. LANGFELDER, Deceased, Respondent, v. SAMUEL LANGFELDER and Others, Defendants. MOE LEVY and Another, Appellants.— Motion for stay denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

MACBEAN & HUERSTEL, INC., Respondent, v. WYKAGYL CONSTRUCTION COMPANY, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox and Kelby, JJ.; Young, J., not voting.

---

* See Code of Ordinances of City of New York, chap. 5, art. 1, § 4, subd. 7. — [REP.